# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MATTHEW CONNER, individually and as Independent Administrator of the Estate of CAITLIN B. CONNER, a minor, AMANDA CONNER, individually and as mother and next friend of LILY A. LAWRENCE, a minor, and DEBRA J. Conner, <br><br>  Plaintiffs,<br>vs.<br><br>GENERAL MOTORS LLC, GENERAL MOTORS COMPANY, CONTINENTAL AG and CONTINENTAL AUTOMOTIVE SYSTEMS US, INC., individually and as successor to SIEMENS AG, and SIEMENS AG individually,<br><br>  Defendants. | CASE NO: 2:19-cv-02181 |

## DEFENDANT GENERAL MOTORS LLC's
## JOINDER AND CONSENT TO REMOVAL

Without waiving any of its defenses or any other rights, Defendant General Motors LLC, hereby consents to and joins Continental Automotive Systems, Inc.'s removal of this action from the Circuit Court of Champaign County, Illinois, to the United States District Court for the Central District of Illinois.

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•39577 WOODWARD AVENUE, SUITE 300•BLOOMFIELD HILLS, MICHIGAN 48304

106069.000979  4820-6771-1132.1

Respectfully submitted,

DYKEMA GOSSETT PLLC


By: /s/Jennifer Warner
 Jennifer Warner
 D YKEMA G OSSETT PLLC
 10 South Wacker Drive, Suite 2300
 Chicago, IL 60606
 Telephone: (312) 867-1700
 jwarner@dykema.com

*One of the attorneys for General Motors LLC*

Dated: July 11, 2019

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•39577 WOODWARD AVENUE, SUITE 300•BLOOMFIELD HILLS, MICHIGAN 48304

**CERTIFICATE OF SERVICE**

Jennifer Warner, an attorney, certifies that on July 11, 2019, she caused a copy of General Motors LLC's Joinder and Consent to Removal to be filed electronically and to be mailed by U.S. first class mail, proper postage prepaid, to the following:

>   Richard F. Burke, Jr.
>   Kristofer S. Riddle
>   Clifford Law Offices, P.C.
>   120 North LaSalle Street
>   Suite 3100
>   Chicago, Illinois 60602
>   rfb@cliffordlaw.com

>   /s/ Jennifer Warner
>   DYKEMA GOSSETT PLLC
>   10 South Wacker Drive, Suite 2300
>   Chicago, IL 60606
>   Telephone: (312) 867-1700
>   jwarner@dykema.com